■ (A) DAVID WARSHAVSKY et al. v. WORTHINGTON EQUITY CORP. et al. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ. (B) In the

Matter of BENJAMIN CYMROT v. J. CLARENCE DAVIES, JR., as Commissioner. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ. [In each action] — Motion for leave to appeal to the Court of Appeals denied, with $10 costs.